UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| GARY ANTHONY BAILEY, JR. | CIVIL ACTION NO. 12-1765-P |
| VERSUS | JUDGE S. MAURICE HICKS |
| CYNTHIA JOHNSTON, ET AL. | MAGISTRATE JUDGE HAYES |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED THAT** plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** in accordance with the provisions of 28 U.S.C. §1915 and §1915A as frivolous, for failing to state a claim for which relief may be granted, and because plaintiff seeks money damages from defendants who are immune from suit.

**The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the Three Strikes List in Tyler, Texas.**

**THUS DONE AND SIGNED,** in chambers, in Shreveport, Louisiana, on this 22nd day of October, 2012.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE